**Order entered November 12, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00018-CV

## MICHAEL SUTTON, Appellant

## V.

## OCTAPHARMA PLASMA INCORPORATED, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06879**

### ORDER
Before Justices Myers, Molberg, and Garcia

Before the Court is appellant's motion for leave to file untimely reply to appellee's response brief. We GRANT the motion and order the Clerk to file appellant's reply brief as of the date of this order. *See* TEX. R. APP. P. 10.3(a)(1), 10.5(b), 38.6(d).

/s/     KEN MOLBERG
            JUSTICE